IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ERVIN ADAMS,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | | |
| § | Civil Action No. 1:23-cv-00377 | |
| **FREEDOM MORTGAGE** § | | |
| **CORPORATION,** § | | |
| § | | |
| **Defendant.** § | | |

### NOTICE OF REMOVAL

Defendant Freedom Mortgage Corporation ("Freedom" or "Defendant") files this its Notice of Removal pursuant to 28 U.S.C. sections 1332, 1441, and 1446. In support of this Notice, Defendant states as follows:

### SUMMARY

1. Ervin Adams ("Plaintiff") filed this action on March 2, 2023, in the 261st District Court of Travis County, Texas, as cause number D-1-GN-23-000894 in the matter styled *Ervin Adams v. Freedom Mortgage Corporation* (the "State Court Action"). Pursuant to sections 1441 and 1446 of Title 28 of the United States Code, defendant Freedom removes this case to the United States District Court for the Western District of Texas, Austin Division, the Judicial District and Division in which this action is pending.

2. The allegations in *Plaintiff's Original Petition, Application for Temporary Restraining Order, Temporary Injunction, Permanent Injunction, and Request for Disclosures* ("Petition") relate to the servicing of a loan agreement and foreclosure on the real property commonly known as 11805 Emerald Springs Ln*.,* Manor, Texas 78653 ("Property"). (*See* Petition at ¶ 9.) (*See* Petition.) In the Petition, Plaintiff alleges that defendant breached duties

allegedly owed to Plaintiff under the contract and under applicable federal regulations, and that Defendant violated the Texas Property Code. (*Id*.) Based on these allegations, Plaintiff brings claims for negligence, breach of contract and for violations of the Texas Property Code. (*Id*.) Based on these claims, Plaintiff seeks damages of "more than $250,000.00 but less than $1,000,000.00[,]" costs, and attorney's fees. (*Id*.)

3. A copy of the Docket Sheet from the State Court Action is attached as Exhibit A. Copies of all pleadings filed in the State Court Action are attached as Exhibit B.

4. This Notice of Removal is timely under the provisions of 28 U.S.C. Section 1446(b) because this notice is being filed within thirty (30) days of service. 28 U.S.C. § 1446(b)(2).

## BASIS FOR REMOVAL: DIVERSITY JURISDICTION

5. Removal of the State Court Action to this Court is proper pursuant to 28 U.S.C. Sections 1332, 1441(a) and (b) because the properly joined parties are diverse and the amount in controversy is well in excess of $75,000.00 exclusive of interest and costs.

### A. There is complete diversity between Plaintiff and Freedom.

6. Plaintiff is a citizen of Texas. (*See* Petition at ¶ 2.)

7. Defendant Freedom is a New Jersey corporation with its principal place of business in New Jersey. As such, Defendant is a citizen of New Jersey for purposes of diversity jurisdiction. See 28 U.S.C. § 1332(c)(1).

### B. The amount in controversy exceeds $75,000.00.

8. The amount in controversy exceeds the sum or value of $75,000.00. Plaintiff seeks damages of "more than $250,000.00 but less than $1,000,000.00[,]" injunctive relief, and attorney's fees (*See* Petition at ¶ 34.)

9. Defendant denies that Plaintiff is entitled to any relief, but there can be no question that Plaintiff's Petition, which seeks more than $250,000.00 in monetary damages, injunctive relief preventing foreclosure and attorney's fees, puts in excess of $75,000.00 in controversy.

## VENUE

10. Venue for removal is proper in this District and Division under 28 U.S.C. Section 1441(a) because this district and division embrace the 261st Judicial District Court of Travis County, Texas, the forum in which the removed action was pending.

## NOTICE

11. Concurrently with the filing of this Notice, Defendant will file a copy of this Notice of Removal with the Clerk of the 261st Judicial District Court of Travis County, Texas.

Respectfully submitted,

*/s/ Dustin George*
**Dustin George**
Texas Bar No. 24065287
dgeorge@mgs-legal.com
**MILLER, GEORGE & SUGGS, PLLC**
5601 Democracy Drive, Suite 265
Plano, Texas 75024
Phone: (972) 532-0128
Fax: (214) 291-5507
*Attorney for Defendant Freedom Mortgage Corporation*

## **LIST OF ALL KNOWN COUNSEL OF RECORD**

For Plaintiff Ervin Adams:

Robert C. Newark
Texas Bar No. 24040097
A Newark Firm
1341 W. Mockingbird Lane, Ste 600W
Dallas, Texas 75247
Phone: (866) 230-7236
Fax: (866) 316-3398

For Defendant Freedom Mortgage Corporation:

Dustin George
Texas Bar No. 24065287
MILLER, GEORGE & SUGGS, PLLC
5601 Democracy Drive, Suite 265
Plano, Texas 75024
Phone: (972) 532-0128
Fax: (214) 291-5507

## **INDEX OF DOCUMENTS ATTACHED**

Exhibit A    Copy of the Docket Sheet for Cause No. D-1-GN-23-000894, in the 261st Judicial District Court of Travis County, Texas;

Exhibit B    Pleadings in Cause No. D-1-GN-23-000894, in the 261st Judicial District Court of Travis County, Texas;

    B-1    Plaintiff's Original Petition filed March 2, 2023;

    B-2    Temporary Restraining Order granted March 3, 2023.

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April 2023, a true and correct copy of the foregoing was served via electronic service on the following counsel:

Robert C. Newark
A Newark Firm
1341 W. Mockingbird Lane, Ste 600W
Dallas, Texas 75247
Robert@newarkfirm.com
*Attorneys for Plaintiff*

                                          */s/ Dustin C. George*
                                          **DUSTIN C. GEORGE**